**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>Marco Antonio Lara,<br><br>  Defendant. | NO. CR-19-00235-001-PHX-SMB<br><br><br>**DETENTION ORDER** |

On March 21, 2019, Defendant appeared before this Court on a petition to revoke conditions of release.

The Court find, by clear and convincing evidence, that Defendant has violated the conditions of release and that there is no condition or combination of conditions available to the Court that will reasonably assure the appearance of Defendant as required. 18 U.S.C. §3148(b).

IT IS THEREFORE ORDERED that Defendant be detained pending further proceedings.

Dated this 21st day of March, 2019.

Honorable James F. Metcalf
United States Magistrate Judge